UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **JAMAR ROBERTS,** | : | VIOLATIONS: 18 U.S.C. §922(a)(5) |
| Defendant. | : | (Illegal Transfer and/or Sale of a Firearm) |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about sometime in February 2005, within the District of Columbia, **JAMAR ROBERTS**, not being a licensed importer, manufacturer, dealer, and collector of firearms, willfully transferred and/or sold a firearm, that is, a Hi-Point 9mm semi-automatic pistol, serial number P175936, to a person not being a licensed importer, manufacturer, dealer, and collector of firearms, and said person then residing in the District of Columbia, a State other than that in which the defendant was residing at the time of the aforesaid transfer and/or sale of the firearm.

(**Illegal Transfer and/or Sale of a Firearm**, in violation of Title 18, United States Code, Section 922(a)(5))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.