ROBERTS, Jamar                                                    Page 18

THE HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : Docket No.: 05-315-01 | FEB 2 7 2006 |
| vs. | : SSN: | |
| Jamar Roberts | : Disclosure Date: January 13, 2006 | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____    
Assistant U.S. Attorney                              Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

x _Jamar Roberts_ _____                   _____ 1-27-06
Defendant              Date                         Defense Counsel    Date

### NOTICE OF OBLIGATIONS OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by January 27, 2006, to U.S. Probation Officer **Deborah Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By:   Richard A. Houck, Jr.